UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BERNARD GIBSON, SR., :   NO. 3:CV-12-0747
    Petitioner, :
 
v. : (Judge Caputo)
  :
B.A.BLEDSOE, :
    Respondent. :

FILED
SCRANTON
JAN 1 4 2013
PER _____
DEPUTY CLERK

## MOTION FOR JUDGMENT ON THE PLEADINGS

    Come now Bernard Gibson, Sr., hereinafter ("Petitioner") proceeding pro se, in the above entitled case, submits this Motion for Judgment of the Pleadings, pursuant to Fed.R.Civ.P. 12(c).

    On March 30, 2012, Petitioner filed the original petition for writ of habeas corpus 28 U.S.C. § 2241. By Order of the Court, dated May 14, 2012, the Clerk of the Court was directed to serve the petition on the Respondnet, B.A.Bledsoe Warden at U.S.P. Lewisburg Pennitentiary. The Respondnent was Order to answer the allegations in the petition, within twenty-one (21) days from the date of the Order. And Petitioner may file a reply brief within fourteen (14) days from the filing date of the Respondent's answer and memorandum. id. Thereafter on May 31, 2012, and before any response, Petitioner file an "Motion to Amend pursuant to civil rule 15(a).

    On June 4, the Respondent, response to Petitioner's petition for Writ of Habeas Copus. On June 11, 2012, Petitioner file his Traverse to Respondent's response to Petitioner's petition for writ of habeas corpus. Now comes this.

                                                    Bernard Gibson,Sr.
                                                    Reg. No. 12855-083
                                                    U.S.P. Lew.
                                                    P.O. BOX 1000
                                                    Lewisburg, PA 17837-1000

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BERNARD GIBSON, SR., :
    Petitioner :
                         : NO. 3:CV-12-747
v. : (Judge Caputo)
                         :
B.A. BLEDSOE, :
    Respondent

NUNC PRO TUNC CERTIFICATE OF SERVICE
BY MAIL

    Inadvertently Petitioner in Civi No. 3:CV-12-747 had filed to serve on the Respondent for the Bureau of Prison ("BOP"), Timothy Judge, Asst. U.S. Atty., a copy of a "Motion for Judgment on the Pleadings", mail on August 7, 2012, to the Clark of the Court, for the Middle District of Pennsylvania.

    This is to Certify that I mailed a true and correct copy herewith to:

Timothy Judge Assistant U.S. Attorney
316 Federal Building
240 West Third Street
Williamsport, PA 17701

And since no Judgment has been rendered, there is no prejudice to the Respondent.

A true copy, under the penalty of perjury 28 U.S.C. § 1746.

Executed this 10th day of January, 2013,     /s/ Bernard Gibson

                                                     Bernard Gibson, Sr.
                                                     Reg. No. 12855-083
                                                     U.S. Penn. Lewisburg
                                                     P.O. BOX 1000
                                                     Lewisburg PA 17837-1000

Inmate Name: BERNARD GIBSON, SR.
Register Number: 12855-083
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS NEITHER BEEN OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS JURIS-
DICTION, YOU MAY WISH TO RETURN THE MATERIAL
FOR FURTHER INFORMATION OR CLARIFICATION. IF
THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN
THE ENCLOSURE TO THE ABOVE ADDRESS.

U.S. PENITENTIARY
P.O. BOX 1000
LEWISBURG, PA 17837
JAN 10 2013

LEGAL MAIL

SCRANTON
JAN 14 2013

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUS
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

LEGAL MAIL

Harrisburg, PA 171
FRI 11 JAN 2013 PM