IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BERNARD GIBSON, SR.,** : | |
| : | |
| Petitioner : | |
| : | CIVIL NO. 3:CV-12-0747 |
| v. : | |
| : | (Judge Caputo) |
| **B. A. BLEDSOE,** : | |
| : | |
| Respondent : | |

# O R D E R

**AND NOW**, this  **10th**  day of **APRIL, 2013**, in accordance with the accompanying memorandum of law, it is ordered that:

1. Mr. Gibson's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1) is dismissed for lack of jurisdiction.

2. Mr. Gibson's Motion to Amend (Doc. 7) is denied.

3. Mr. Gibson's Motions for Judgment (Docs. 7 - 12) are denied as moot.

4. The Clerk of Court is directed to close this case.

 /s/ A. Richard Caputo
**A. Richard Caputo
United States District Judge**